**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

CHRISTOPHER L. BAKER,       )
                              )
      *Plaintiff,*           )
                              )
v.                             )
                              )  No. 2:26-CV-00010-JMD
MOBERLY CORRECTIONAL CENTER,  )
et al.,                         )
                              )
      *Defendants.*       )
                              )

## <u>MEMORANDUM AND ORDER</u>

Baker paid $350 when he filed this suit.  ECF 1.  That is the amount specified by 28 U.S.C. § 1914(a).  But there is also a $55 administrative charge to bring a civil action in this Court.  *See* Par. 14 of the Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule (issued in accordance with 28 U.S.C. § 1914) (effective on Dec. 1, 2023); *see also* 28 U.S.C. § 1914(b) ("The clerk shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States.").  Baker shall pay an additional $55 or file a motion for *in forma pauperis* status by **July 8, 2026**.  Failure to comply with this Court order may result in sanctions including dismissal of this action.

Dated this 18th day of June, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

1