**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

CHRISTOPHER L. BAKER,

    *Plaintiff,*

v.

MOBERLY CORRECTIONAL CENTER, et al.,

    *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:26-CV-00010-JMD

## MEMORANDUM AND ORDER

The Court ordered Baker to pay the $55 administrative charge to bring a civil action in this Court or to file a motion for *in forma pauperis* status by July 8, 2026. The Court warned him that failure to comply may result in sanctions including dismissal of this action. Baker has not complied. Accordingly, this action is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(b).

Dated this 13th day of July, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

1